# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                              )<br>           Plaintiff,         )<br>                              )<br> vs.                          )<br>                              )<br>APPROXIMATELY $48,180.00      )<br>U.S. CURRENCY,                )<br>                              )<br>           Defendant.        )<br>                              ) | CV-13-195-LRS<br><br>Final Order of Forfeiture |

Plaintiff, United States of America, alleged in a Verified Complaint for Forfeiture In Rem that the Defendant property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881. ECF No. 1.

The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355. Venue is proper pursuant to 28 U.S.C. § 1395.

The defendant property being forfeited is described as follows:

> Approximately $48,180.00 U.S. Currency, seized by DEA from Scott Jerald Johnson, at the Amtrak Train Station in Spokane, Washington, on or about January 8, 2013, pursuant to a consent search.

On June 13, 2013, the United States Marshals Service executed the Warrant of Arrest In Rem. The returned warrant was filed with the Court under the above cause number on June 13, 2013. ECF No. 5.

Notice of Civil Forfeiture Action was posted on the official government website beginning May 31, through June 29, 2013, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the Notice of Publication filed herein on August 14, 2013. ECF Nos. 14, 14-1 and 14-2. At the latest, the claim period expired on July 31, 2013.

Final Order of Forfeiture -1-
Final Order of Forfeiture.wpd

On or about June 14, 2013, 2013, Scott Jerald Johnson was served, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, the Warrant of Arrest In Rem, and the Notice of Complaint for Forfeiture. ECF No. 6 and 6-1. Based upon the direct notice service date, Scott Jerald Johnson's deadline to file a timely claim was July 16, 2013. To date, no claim of interest has been received or filed with the Court from Scott Jerald Johnson. On July 25, 2013, the United States served and filed its Notice of Motion for Default. ECF No. 11. On August 15, 2013, the United States filed a Motion for Default. ECF No. 15 and 16. On August 15, 2013, the Clerk entered a default order as to Scott Jerald Johnson. ECF No. 18.

On or about June 14, 2013, Sonshine Jowill Pennington was served, in care of Attorney Bevan Maxey, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, the Warrant of Arrest In Rem, and the Notice of Complaint for Forfeiture. ECF No. 7 and 7-1. On or about June 18, 2013, Sonshine Jowill Pennington was served, via certified mail, return receipt requested, with a copy of the Verified Complaint for Forfeiture In Rem, the Warrant of Arrest In Rem, and the Notice of Complaint for Forfeiture. ECF No. 8 and 8-1. Based upon the second direct notice service date, Sonshine Jowill Pennington's deadline to file a timely claim was July 23, 2013. To date, no claim of interest has been received or filed with the Court from Sonshine Jowill Pennington. On July 25, 2013, the United States served and filed its Notice of Motion for Default. ECF No. 10. On August 15, 2013, the United States filed a Motion for Default. ECF No. 17. On August 15, 2013, the Clerk entered a default order as to Sonshine Jowill Pennington. ECF No. 19.

It appearing to the Court that any and all potential claimant's interest in the defendant property has been resolved through the entry of the Clerk's Orders of Default as to Scott Jerald Johnson and Sonshine Jowill Pennington;

It also appearing to the Court that no other timely claims have been made to the defendant property;

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant property is hereby forfeited to the United States of America, and no right, title, or interest shall exist in any other person.

IT IS FURTHER ORDERED that the United States shall dispose of the forfeited defendant property in accordance with law.

DATED this __8th__ day of October, 2013.

*s/Lonny R. Suko*
_____
Lonny R. Suko
United States District Judge

Presented by:

Michael C. Ormsby
United States Attorney

s/James A. Goeke

James A. Goeke
Assistant United States Attorney

Final Order of Forfeiture -3-
Final Order of Forfeiture.wpd